UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAMAR LUNDY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. LA CV 15-03306 VBF(JC)<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED IN PART and REVERSED IN PART AND THIS MATTER IS REMANDED for further administrative action consistent with the Report and Recommendation of the United States Magistrate Judge that has been adopted by separate order today.

Dated:  Wednesday, August 24, 2016

　　　　　　　　　　　　　　　　　　　／s／ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Senior United States District Judge